IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

DEMETRIUS HARRIS,                          )
                                           )
            Plaintiff,                     )        Civil Action No. 2:24-cv-00012-CBB
                                           )
      vs.                                  )        United States Magistrate Judge
                                           )        Christopher B. Brown
C.O.I  SMITH, C.O.I  FLOOD, L.T.           )
SMITH, U.M. DICK, and GRIEVANCE            )
COOR. M. ANDREETTI,                        )
                                           )
            Defendants.

**ORDER**

**IT IS ORDERED** that the United States Marshal is directed to mail a copy

of the Complaint, notice of lawsuit and request for waiver of service of summons,

and waiver, and this order to Defendant(s) as directed by the Plaintiff, costs to be

advanced by the United States of America.  The Defendant(s) are requested to

waive service pursuant to Rule 4(d).

**IT IS FURTHER ORDERED** and Plaintiff is advised that no Defendant is

required to respond to the complaint until he has accepted a copy of the complaint

from the United States Marshal and waived service or has been served.   Therefore,

a motion for default cannot properly be filed unless the Defendant has failed to file

an answer, a motion to dismiss, or a motion for additional time to respond, within

sixty (60) days after the Marshal's notice has been mailed, if service is waived

pursuant to the notice, or twenty-one (21) days after being served.

DATED this 19th day of August, 2024.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge